# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES RUSSELL LIZZIO, AN INDIVIDUAL,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE STEFANY MILEY, DISTRICT JUDGE,
Respondents,
and
CARLOS CHAVEZ-BELMONTE, AN INDIVIDUAL,
Real Party in Interest.

No. 78672

FILED

JUN 1 7 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court decision permitting the use of a voir dire questionnaire. Having considered the petition and appendix filed in this matter, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See* NRS 34.160; NRS 34.320; *Halverson v. Miller*, 124 Nev. 484, 487, 186 P.3d 893, 896 (2008) (recognizing that the decision to issue a writ of mandamus or prohibition "is solely within this court's discretion" and that petitioner bears the burden to establish that such extraordinary relief is appropriate). We therefore

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

SUPREME COURT
OF
NEVADA

(O) 1947A

19-26021

cc: Hon. Stefany Miley, District Judge
Hall Jaffe & Clayton, LLP
Eglet Prince
Law Office of Karen H. Ross
Eighth District Court Clerk